**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-01 |
| | § | |
| SAVANNAH WILLIAMS | § | |

**O R D E R**

The motion to modify conditions of bond/release of defendant Savannah Williams is granted in part and denied in part. (Docket Entry No. 24). The conditions entered on January 17, 2012 are modified to allow Williams to travel outside the Southern District of Texas for employment purposes, but only for flights within the continental United States and not for any international travel. Williams may not travel to Canada or Mexico. Williams must provide itinerary information for all employment-related travel to the pre-trial Services officer as soon as she receives such information.

SIGNED on March 12, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge