**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-01 |
| | § | |
| | § | |
| NATHANIEL CHILO | § | |
| SAVANNAH WILLIAMS | § | |

**O R D E R**

Defendant Williams filed an unopposed motion for continuance, (Docket Entry No. 28).

The government and the codefendant are unopposed. The court finds that the interests of justice are

served by granting this continuance and that those interests outweigh the interests of the public and

the defendants in a speedy trial. The  motion for continuance is GRANTED. The docket control

order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 30, 2012 |
| Responses are to be filed by: | August 13, 2012 |
| Pretrial conference is reset to**:** | **August 20 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 27, 2012 at 9:00 a.m.** |

SIGNED on June 15, 2012, at Houston, Texas.


_____
Lee H. Rosenthal
United States District Judge