**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-01 |
| | § | |
| NATHANIEL CHILO | § | |
| SAVANNAH WILLIAMS | § | |

**O R D E R**

Defendant Williams filed an unopposed motion for continuance, (Docket Entry No. 30). The government and the codefendant are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 28, 2012 |
| Responses are to be filed by: | October 12, 2012 |
| Pretrial conference is reset to**:** | **October 22, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 29, 2012 at 9:00 a.m.** |

SIGNED on August 17, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge