**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-01 |
| | § | |
| NATHANIEL CHILO | § | |
| SAVANNAH WILLIAMS | § | |

**O R D E R**

Defendant Williams filed an unopposed motion for continuance, (Docket Entry No. 30). The government and the codefendant are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The rearraignment hearing is reset to **November 27, 2012 at 9:30 a.m.**

SIGNED on November 2, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge